## Re: Robert J. Ambruster, Inc. - Case No. 20-44289

| | |
|---|---|
| From: | AmbrusterGreat Hall (ambrustergreathall@gmail.com) |
| To: | amredden@swbell.net |
| Cc: | michelfuneralhome@gmail.com; midcountystl@yahoo.com; ddshowmesports@gmail.com; scoffin@tsblc.com |
| Date: | Wednesday, March 10, 2021, 04:58 PM CST |

Angela
The court has the ultimate power...
Make no mistake
I too have my own power outside of courthouse and inside a courthouse.
It is apparently obvious you will need to learn this the hard way.

Lies will always catch up to you.
The Court, the Trustees, and you know there is a problem.
And the problem was not caused by Deborah or me. Regardless what you think.
This will ultimately be established as well.

Sent from my iPhone

> On Mar 10, 2021, at 4:50 PM, AmbrusterGreat Hall <ambrustergreathall@gmail.com> wrote:
>
>
> Angela
> You think I do not know that.
> What do you think all the fight is about??
> The Injunction was procured by fraud.
> Why the hell you think it is before the Missouri Supreme Court
>
> You can take this to the bank
> If that building is lost
> You will be held responsible.
>
> Besides I had my ducks in order to have the meeting properly preserved and to have the Summons served on Robert Drace all in one setting.
> But, that fell through because the Summons did not get issued.
>
> Sent from my iPhone
>
>> On Mar 10, 2021, at 2:20 PM, Angela Jansen <amredden@swbell.net> wrote:
>>
>>
>> Mr. Mize,
>>
>> There is a Court order prohibiting you from entering upon the premises.
>>
>> Angela Redden-Jansen
>> 3350 Greenwood Blvd.
>> Maplewood, MO 63143
>> Office: (314)645-5900

3/12/2021   Case 20-44289   Doc 162-1   Filed 03/15/21   Entered 03/15/21 08:47:16   Exhibit 1   Pg 2 of 19

AT&T Yahoo Mail - Ambruster Great Hall Events

# Ambruster Great Hall Events

From:   AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To:   amredden@swbell.net; midcountystl@yahoo.com

Date:   Thursday, February 4, 2021, 08:18 PM CST

AGH is coming for you....



## RJA INC BANKRUPTCY

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: midcountystl@yahoo.com; scoffin@tsblc.com; joseph.schlotzhauer@usdoj.gov; jcole@wasingerdaming.com

Date: Friday, March 12, 2021, 07:27 PM CST

Angela,
There will be no quorum vote on anything. Dealing with Robert Drace. The only quorum vote that will ever be sustained is to move Robert Drace out of the building.
Stop grasping for straws.
Nothing you can do will change that.
I tried to be reasonable with you when I discovered on 11-23-2020 what you had done behind our backs and against my wifes instructions to you.
You and Robert Drace caused this mess. Not Deborah, nor myself.
I engaged to clean it up....or at least attempt too.
I tried to warn you, keep us in the loop or suffer the consequences.
I am not someone you want to disrespect...
Look where your disrespect got you...
All you can do is fess up, clean it up, or run...
Go ahead and withdraw as you said you were going to do..see what that gets you.
You were hired to do a job...that job must be completed.
Get the Plan approved....first stage for any hope of resolution with me.
Better for everyone...and I mean everyone!
I will only ask this once. I hope you provide your undivided attention to get the Plan..whether it is ours or one put together jointly and fairly by the deadline date. I do not care what you have to do. This must be done in the interest of the building and creditors this is non-negotiable. The building....Must be allowed to be used to generate business for secondary income to pay this debt.
Do your job...things will go out easier on you.
I expect to see by the time I get home from work. An electronically filed Motion to File Second Amended Plan w/attached copy of Second Amended Plan or your Motion to Withdraw.
The choice is yours...just so you know both Deborah and I are available all week end regardless of the day. This Plan must be ready to rock on Monday.
We have sent a preliminary draft...its your turn.
Deborah has done her part...

Jeffrey M. Mize

## RJA INC BANKRUPTCY

| | |
|---|---|
| From: | AmbrusterGreat Hall (ambrustergreathall@gmail.com) |
| To: | amredden@swbell.net |
| Cc: | midcountystl@yahoo.com; scoffin@tsblc.com; joseph.schlotzhauer@usdoj.gov; jcole@wasingerdaming.com |
| Date: | Friday, March 12, 2021, 07:27 PM CST |

Angela,
There will be no quorum vote on anything. Dealing with Robert Drace. The only quorum vote that will ever be sustained is to move Robert Drace out of the building.
Stop grasping for straws.
Nothing you can do will change that.
I tried to be reasonable with you when I discovered on 11-23-2020 what you had done behind our backs and against my wifes instructions to you.
You and Robert Drace caused this mess. Not Deborah, nor myself.
I engaged to clean it up....or at least attempt too.
I tried to warn you, keep us in the loop or suffer the consequences.
I am not someone you want to disrespect...
Look where your disrespect got you...
All you can do is fess up, clean it up, or run...
Go ahead and withdraw as you said you were going to do..see what that gets you.
You were hired to do a job...that job must be completed.
Get the Plan approved....first stage for any hope of resolution with me.
Better for everyone...and I mean everyone!
I will only ask this once. I hope you provide your undivided attention to get the Plan..whether it is ours or one put together jointly and fairly by the deadline date. I do not care what you have to do. This must be done in the interest of the building and creditors this is non-negotiable. The building....Must be allowed to be used to generate business for secondary income to pay this debt.
Do your job...things will go out easier on you.
I expect to see by the time I get home from work. An electronically filed Motion to File Second Amended Plan w/attached copy of Second Amended Plan or your Motion to Withdraw.
The choice is yours...just so you know both Deborah and I are available all week end regardless of the day. This Plan must be ready to rock on Monday.
We have sent a preliminary draft...its your turn.
Deborah has done her part...

Jeffrey M. Mize

## Re: Debtor: Robert J. Ambruster, Inc. Case Number: 20-44289

From:   Patty 🎾 (pdraceclayton@yahoo.com)

To:     ddshowmesports@gmail.com

Cc:     amredden@swbell.net; midcountystl@yahoo.com; michelfuneralhome@gmail.com

Date:   Thursday, March 11, 2021, 06:58 PM CST

Angela, You will be forever sorry you did not follow My INSTRUCTIONS from day one, let alone treat me with respect! You'll see finally what the saying means "what comes around goes around" for once and for All? You failed my family! Patty Drace

Sent from my iPhone

> On Mar 11, 2021, at 6:17 PM, ddshowmesports <ddshowmesports@gmail.com> wrote:
>
> per the meeting minutes. Notice was mailed. It was called by two directors. Etc. . Sorry you were not part of that ordinary business. We has authority to conduct its

# Re: The Plan

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: scoffin@tsblc.com

Cc: amredden@swbell.net

Date: Wednesday, March 10, 2021, 08:23 PM CST

My apologies
I forgot to mention
I will also have a motion to amend my adversary Petition
To join Angela Jansen, Attorney as defendant and to add the claim of "lawyer misconduct"

Her actions in court were offensive
There is consequences for that behavior.
Jeffrey Mize

Sent from my iPhone

> On Mar 10, 2021, at 8:17 PM, AmbrusterGreat Hall <ambrustergreathall@gmail.com> wrote:
>
> Mr. Coffin,
> Can you please send Deborah a copy of the Order that requires the plan to be confirmed by the Board members by Monday???
> The judge said nothing was before her about a Second Amended Plan.
> I do not recall the Judge even saying anything about something dealing even with the Plan on file...something must be done on Monday.
> Can you send Deborah what leads you to believe the plan must be approved on Monday.
>
> Also, FYI the clerk of the Court tipped us off on what we were doing wrong to get a hearing date on pending Motions.
> I will be sending out a Notice of Hearing tomorrow to the Clerk for March 31, 2021@10:00 am
> To hear and dispose all my pending Motions and Objections that have been filed by me.
> To include a new Motion for Oral Argument on Standing and the Motion for Judicial Order for Investigation. Along with all other Motions and Objections.
>
> Also if we are supposed...excuse me
> If Deborah is supposed to work in some fashion with Angela Jansen for purpose of a Plan. Why did she lock herself in her office and threatened to call Police???
> No a good way to start good dialogue
> Jeffrey
>
> Sent from my iPhone

## Standing Brief of RJA, Inc

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: scoffin@tsblc.com

Date: Sunday, March 7, 2021, 04:18 PM CST

Jansen
I read the standing brief...very weak!
I will need all exhibits in their entirety mailed to me.
Funny how you wait till the last due date.
I am going to ask the court to allow arguments on the standing issue on Tuesday amount others issues that need to be addressed.
I am ready...no need for further delays.
If you want a good read.
Wait till you get My brief on Pierce the Corporate Veil.
I am also going to file a Motion to Amend the Petition I filed to join you as defendant and the claim of lawyer misconduct. You deliberately left me off the mailing matrix. For this intentional act . I could move the court to dismiss the case and cause debtor to refile. To allow time to file a timely proof of claim. Want the case law??
You ballooned the valuation of Artwork and Furnishings.
You also alleged Deborah and I stole artwork
I have all documents that established ownership... Do you before you filed the frivolous petition for bankruptcy???
Just so you should know adversary petition provides automatic standing.
Want the case law??
If the court grants the Motion to Amend my Petition.
I suggest you lawyer up.
You will need a good.
Also where is the 2018 and 2019 Tax Returns. I want them.
If I do not have them by Tuesday. I will ask for the court to have them
Thank you
Jeffrey Mize


Sent from my iPhone

## Re: Calvin Whittaker

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: scoffin@tsblc.com

Date: Wednesday, February 24, 2021, 12:23 PM CST

Also I forgot.
The plan must not include Robert Drace
Calvin and Deborah will operate the Plan
There will be no exceptions.
Both Angela Jansen and Robert Drace created this mess in the bankruptcy court.
It is time to face facts...
Time to clean up the mess. You either do it or I will attempt too.
If that happens things are only going to get worse for the both of you. Meaning Angela Jansen and Robert Drace.
Robert Drace has been removed as President and he is going to be forced out of anything to do with the Plan.
That I can assure you.
Thank you
Jeffrey Mize

Sent from my iPhone

> On Feb 24, 2021, at 12:14 PM, AmbrusterGreat Hall <ambrustergreathall@gmail.com> wrote:
>
> I have heard all about your calls to Calvin.
> Trying to induce him to vote for the Plan
> You are wasting your time.
> Have spoke to him.
> He will vote No on the Plan.
> That simple.
> Remove the 5,000.00 to Robert through the Plan
> Then we can talk.
> Petition for Adversary Proceeding Complaint will be filed prior to the hearing on the 9th.
> Almost done.
> Just giving you the heads up.
> Thank you
> Jeffrey Mize
>
> Sent from my iPhone

3/11/2021     Case 20-44289    Doc 162-1    Filed 03/15/21    Entered 03/15/21 08:47:16    Exhibit 1
         AT&T Yahoo Mail - Robert J. Ambruster, Inc
                 Pg 9 of 19

# Robert J. Ambruster, Inc.

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: midcountystl@yahoo.com

Cc: amredden@swbell.net; mdaming@wasingerdaming.com; luce@capessokol.com; scoffin@tsblc.com

Date: Friday, February 12, 2021, 11:27 AM CST

Robert,
I have spent the last few days. Watching you...in and out of the gas station, and gathering Records and filings in all the cases within the lower Missouri Courts preparing for my "offer of proof" to my standing and averments made against you, and Robert J. Ambruster, Inc., in a bankruptcy court.
Robert....I have a problem with your representation to the Court, and Angela Jansen for that matter. Of your representation as a director. That allowed you to make a representation as President of Robert J. Ambruster, Inc. Not only in a State Court for years, but now in a bankruptcy court.
I have all I need to "offer a standard of proof" that raised numerous red flags of you as a director, and purported President that was raised in numerous actions within the St. Louis County Circuit Court. Several of which were cases involving just you and me. But, WasingerDaming comes to your rescue, and bills the Corporation. Remember...I have the invoices that clearly demonstrate of conflict of interest.
Robert...I am not playing with you or any lawyer involved with that building down there. I am going to attempt at all cost. To proof the misdeeds of both you and WasingerDaming that have caused a waste of trust assets under your domination control.
With this said...Here is my proposal to avoid this dligent effort.
1. Conway Lane property known as 48 Conway Lane, Ladue, Mo. 63124 must be put back in Trust. I do not care how it is done. It must be done.
2. That building that houses Robert J. Ambruster, Inc. known as 6633 Clayton Rd., Clayton, Mo. Clayton, Mo., must be free of all debt, meaning all loans and State and Federal taxes must be brought current, and consent to bankruptcy court Dismissal. Excluding, WasingerDaming, LC., Robert Drace, and Danka Brown that requires discharge Order prior to dismissal of case.
3. The Default Judgment and Damages Judgment, is to be provided consent, by the parties to set-aside and vacate as void.
4. Robert C. Drace is to remove all property from the real property itself.

It appears as No one desires to sit down like reasonable people and attempt to resolve difference's. Without use of Courts, causing further litigation and expenses to all... Makes no sense why...if you did nothing wrong...step up and stop hiding behind lawyers and falsehoods. Eventually, the deceit and deception will catch up to you.
Which is now the case before you.
The listed demands, must be statisfied, or a showing of diligent effort to satisfying the included demands here. Must be shown on or before March 19, 2021.
Your actions Robert...will demonstrate "good faith"
This is a Test... Robert. You are supposed to be family. Act like it.
Please, do not fail this test...
It can not be refuted, in some fashions, I have tried to look out for you and your interests. Over the years. Without the practice of law and was done in "Good Faith". Now it is your turn.
I am reaching out....one time. Are you family or adversary?? For you to pass the test of "Good Faith". You must walk the path of "Good Faith" as I have provided in my prelimiary demands to avoid further litigation that could pose severe consequences for the named defendants. Do not fail this Test Robert.
It will be a major mistake to do so.
After all, you did agree to pay all debt of Ambruster Chapel in your divorce decree, did you not?? You have now also implied the same to a federal judge.
Let's stick to the agreements you made. We are just going to speed things up a little.... you have until March 19, 2021 to show me "good faith".
I hope I have made myself clear.
You cannot escape the hands of justice, without fullfilment of the demands.
The hands of justice is within in reach.
I am available through 12:00 am tomorrow. If you care to meet in person.
I also suggestion you read the transcript from your injunction lawsuit against your sister. You do recall this correct. Because I do. I remember everything. Thats the problem you are now faced with.

Please take this as Notice of whats coming. Should you fail the Test I have provided to you....oh as my Brother-in-Law.
Let's end this. Before we are in to deep.
Up to you. I may have lost battles along this journey, but, I will not loss the war.
Do you want war?? or do you want peace??
The choice is yours. I will not surrender regardless of the forum this war takes us. Please understand this.
Thank you
Jeffrey M. Mize

## Brief schedule Order

From:  AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To:  amredden@swbell.net

Cc:  midcountystl@yahoo.com; mdaming@wasingerdaming.com

Date:  Sunday, January 31, 2021, 11:27 PM CST

Angela,
I just printed and reviewed the schedule order from 1-26-2021.
It appears as if I finally got a real Judge taking an interest in the wrong doings of Robert Drace.
Why else would she be interested in every element of the judgment case, the federal case that Judge Shaw did nothing, and my lawsuit.
Let me be clear.
I will know by your brief if you speak with Daming or Cole.
If I get even a scent that you have spoke to them to aide in the preparation of the brief.
I will move to strike it. Even if I have to subpoena you for your communication records and the hard drive from your computer. Deleted messages are stored in hard drive. I have a professional computer tech just waiting to help me. If needed.
You are not allowed to speak to creditors that may influence you. I am sure you know what a conflict of interest is???
Want the case law.
Which I know has already taking place.
But, I am preparing my own brief.
I expect you to do the same.
My pleading going out tomorrow will answer the Courts inquiry as to Standing in detail.
I tried to warn you. I am not someone you want to disrespect.
All you had to do was keep us in the loop of everything you do and send us everything.
You failed.
Now look where that failure got you.
No sale on the property. I have stopped that personally.
Now you are going to be faced with serious litigation.
On thing I know you are not a competent litigator. I know all about you.  I do have friends in the legal community down there.
I know this is your first chapter 11 case.
Can't wait to see the objection to Deborah's instrument that will arrive the court tomorrow and my will arrive on Thursday.
We will be back before the Court long before the March brief deadline.
Count on it!!!
Jeffrey Mize

Sent from my iPhone

# lawsuit

| | |
|---|---|
| From: | AmbrusterGreat Hall (ambrustergreathall@gmail.com) |
| To: | amredden@swbell.net |
| Cc: | midcountystl@yahoo.com; mdaming@wasingerdaming.com |
| Date: | Saturday, January 30, 2021, 07:31 PM CST |

Angela,
As I am sure you are aware. I am very busy.
A number of petitions are presently being drafted.
Upon the filing of the lawsuit against Robert in the Probate Court
A new lawsuit will be executed against you for legal malpractice.
Damages will be sought of $1,000,000.00
You have been put on Notice...
Lawyer up Angela....you're going to need a good one.
Trust that!! You messed with the wrong person's interest.

Jeffrey M. Mize

# 1995 Stipulation of Fact, Settlement Agreement, and Consent Judgment

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: Joseph.Schlotzhauer@usdoj.gov; scoffin@tsblc.com; midcountystl@yahoo.com; mdaming@wasingerdaming.com

Date: Monday, January 18, 2021, 09:39 PM CST

Angela,
This is a follow up to my email that I sent you earlier today from Deborah's phone after I reviewed your emails.
I have taken the liberty here of attaching to this email. The 1995 Stipulation of Fact, Settlement Agreement and Consent Judgment that was signed by a Circuit Court Judge (the late Hon. Judge Campbell) and by Robert Drace. As Plaintiff/Movant Exhibit A that will be submitted to the Federal Court. This is a Court Order and supersedes the By-Laws.
I want you to pay particular attention to page 5 paragraph 3.
Although, the bylaws required compliance as well.
Now I'm going to ask you for the last time....since you say you represent RJA. INC., and the company interest. Show-me because I am from the show-me state of Missouri.
I want you to provide me with whatever evidence you have or can collect from the corporation that refutes and defeats my position of fraud and misrepresentation made to a Federal Judge by you and Robert Drace.
That clearly establishes that Robert Drace was duly elected President of RJA, INC by a Board of Trustees. (Emphasis Added)
I want you to prove to me that Robert Drace is a lawful appointed Director.
I want you to prove to me that Robert Drace was even duly elected as President by the Board of Directors in compliance with Missouri Law under Chapter 351 RSMO and in compliance with the Corporate by laws. Prior to the filing of this bankruptcy case. Since in your emails you want to hide behind the Corporate by laws.
Have you even read the by laws??? Please read Article I and Article IV.
I have attached them here as well as Plaintiff/ Exhibit B that will be submitted to the Federal Court.
Now is your chance to prove to me that the representations made by you and Robert Drace to a Federal Judge are true and correct.
Because actually due to the misrepresentations. I believe the Bankruptcy Court lacks subject matter jurisdiction to even entertain the matter. Case should be dismissed.
Want the caselaw??? Where misrepresentations affect the jurisdiction of the Court in a chapter 11 case, in fact is fatal to the Courts Jurisdiction. It will be spelled out for you in my next writings to the Court in my Motion to Dismiss.

If anyone wants to test my standing to protect Deborah's interest as well as my individual interest I have attached a legal instrument that was filed in the Missouri State Court.
The Missouri Courts recognized my standing and does so today.
Feel free to challenge my standing.

Once I have the legal file established to my standards in the Federal Matter. I will set my focus on you. Should the misrepresentations continue and are not corrected immediately.
Count on it.
I am trying to be respectful....but your flagrant misrepresentation to a Federal Judge is making that very difficult and will not be tolerated.
I am not someone you want to be an adversary.
I just want your lies to stop....
Be very careful what you write in your emails....several are going to be used against you in the bankruptcy matter... they establish a misrepresentation in your writings as it relates to the purported debt of $120,000.00 owed to Robert Drace. problem for you.
I am going to seek sanctions against you for your wrong doing.
Jeffrey M. Mize, Plaintiff/Movant, Pro Se

 1995 Stipulation of Fact Settlement Agreement and Consent Judgment.pdf
11MB


RJA INC Corporate By-Laws 1931.pdf
3.2MB


Notice of Power of Attorney 2007 Deborah.pdf
1.5MB

# Creditors

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: Joseph.Schlotzhauer@usdoj.gov; scoffin@tsblc.com; midcountystl@yahoo.com; mdaming@wasingerdaming.com

Date: Monday, January 18, 2021, 11:07 PM CST

Angela,
I am sending you the attached Affidavits that were signed by Robert Drace.
Robert Drace was not authorized to engage in a legal service agreement with WasingerDaming, LC as indicated in my writings to the Court and in my emails to you. Is not a legal service agreement construed as an employment agreement contract???
Furthermore, Robert Drace was barred from any engagement with Danka Brown for any employment services....
Also I have reviewed all the IRS Tax Returns of RJA, Inc., that I have in my possession.
I see no listing of Danka Brown as a 1099 employee as he indicated to the U. S. Trustee in the 341 Meeting.
The representation of Danka Brown as a non-secured creditor is absolutely false.
I will also be submitting these affidavit attached here as Exhibit C
In my formal objections to the representation made to a Federal Judge.

It cannot be said that the inclusion of Robert C. Drace, Danka Brown, and WasingerDaming, LC., as either a
secured creditor or non-secured creditor has not harmed the purported corporation.
My formal objection is coming very soon....
I suggest you do one as well....on behalf of the debtor.
If you do not....I will know you are an adversary and are in this to line your own pockets just like every other Missouri Attorney.
But, you will have to go through me first....I know how to challenge your fees in a bankruptcy matter. In fact, I have spent days on research on the subject matter to challenge Attorney Fees.
Do your damn job that you were hired to do. Or pack a lunch we are going to have a judicial battle ahead.
Thank you
Jeffrey M.

-


Affidavit Contract 10-6-2011.pdf
318kB


Affidavit-Danka Brown Employment 10-6-2011.pdf
401.7kB

# Lawsuit

From:    AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To:       midcountystl@yahoo.com

Cc:       amredden@swbell.net

Date:    Monday, January 18, 2021, 04:07 PM CST

Robert
I want to be clear
If that building is sold
Because of your professional negligence
I will file a new lawsuit against you and will seek the total value 1.8 million in actual damages and 1 million in punitive compensatory damages.
Make my word.
Then I am going to hit Angela Jansen with a lawsuit for legal malpractice.
You people want to play
I will show you that I intend to hold you accountable for you negligence

Sent from my iPhone

## Suggestion of Bankruptcy

From:  AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To:    amredden@swbell.net

Cc:    Joseph.Schlotzhauer@usdoj.gov; scoffin@tsblc.com; luce@capessokol.com; jcole@wasingerdaming.com

Date:  Thursday, January 14, 2021, 07:45 PM CST

Angela,
Why was there not a Suggestion of Bankruptcy filed in the Probate Matter of Cause 18SL-PR01136 ??
Does this case not involve Robert J. Ambruster, Inc??
Did James Cole on behalf of the Corporation enter an appearance??
Let me be clear with you.
I had better see one filed by you by next week. Just as you did in my lawsuit to stop my litigation.
You are digging yourself into a bigger hole with me.
I am not someone you want to disrespect.
I am fed up with your lies.
Keep it up and immediate legal action will be executed against you and there will be NO STAY.  You will be required to lawyer up to defend against me.
I will be watching case net.
Jeffrey M. Mize

# Robert J. Ambruster, Inc.

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Date: Monday, November 16, 2020, 05:34 PM CST

Ms. Jansen,
I am taking the liberty to write to you.
First, I have asked several times for the Suggestion of Bankruptcy that you filed in my lawsuit to be sent to me as a courtesy to me. I have yet to receive it. Please do so immediately.
Secondly, I want to make myself perfectly clear. Your insubordination towards my wife in your handling of this bankruptcy that Robert Drace has caused will no longer be tolerated. You required a Board of Directors Meeting at your office prior to retaining your services. You must keep Deborah up to date as to what is going on in that case.
Should your flagrant disregard to the requests continue you will have more problems than you want. I am sure you do not want to dance with me. I am not Deborah and I damn sure am not Robert Drace.
Third, I will be in St. Louis all next week. Deborah and I would like to meet with you. Therefore, I will be coming to your office either Monday or Tuesday of next week.
I hope you provide the time to meet with us. As we have many things to discuss and resolve.
I believe you need to be brought up to speed on the Board of Directors Meeting that was called to order by Robert Drace. During the course of that Meeting Robert Drace was removed as President of Robert J. Ambruster, Inc., by quorum vote as required under Missouri Law. I have the complete video of the meeting and a lawful transcribed transcript admissible in a Court of Law. So to be clear, Robert Drace is not the President, nor is he the CEO. He is nothing more than a beneficiary now. If you have an issue with this I suggest you or whatever lawyer wishes to file a Declaratory Judgment action to test the validity.
Otherwise, face the facts as they are. I also believe you have misled the Federal people with regard to this. So it is my intention to correct this if it is not corrected by the time I get to St. Louis next week.
Furthermore, since you represent the Corporation, which is a genuine material interest of mine and since that building is up for sale. I suggest you inform Robert Drace to vacate the premises as his personal residence and have all his belongings removed from the building before I get there. If he refuses to adhere to this instruction. Deborah will file a Petition for Emergency Injunction and Protective Order to bar Robert Drace from use as a private residence. Service will be provided by the St. Louis County Sheriff's Department.
Again, I hope I have made myself clear on this issue. The Petition is drafted and ready to go. That includes photos of the building and the condition of the interior on our last inspection. Which was deplorable to say the least.
Furthermore, I will be attempting to make contact in person with the Federal Court personnel that is part of the litigation. I believe you have also misled them as to the situation with my lawsuit against the Corporation and Robert Drace. I also believe you failed to mention that I am seeking to join Michael K. Daming of WasingerDaming, LC., as a defendant. Totally unacceptable.
More importantly, the Federal people need to be brought up to speed in regards to $120,000.00 Robert Drace indicated he is owed. Totally false, and a delusional assertion of Robert Drace in an attempt to convert sale money to him as a debtor and will not be tolerated especially to the Federal people.
Robert Drace is owed nothing and I believe you failed to bring this to their attention. So I will do it for you.
If you have any questions feel free to contact me personally.
Thank you,
Jeffrey M. Mize

## Re: RJA Bankruptcy

From: AmbrusterGreat Hall (ambrustergreathall@gmail.com)

To: amredden@swbell.net

Cc: scoffin@tsblc.com; midcountystl@yahoo.com; mdaming@wasingerdaming.com

Date: Sunday, January 3, 2021, 06:07 PM CST

My apologies
I did not have that Objection writing in proper order when I scanned it.
Here is the corrected version
Jeffrey M. Mize

> On Sun, Jan 3, 2021 at 5:34 PM AmbrusterGreat Hall <ambrustergreathall@gmail.com> wrote:
>
> To whom it may concern:
> Please take Notice of the legal instrument attached to this email.
> It will be sent to the federal court for filing. It will go out in tomorrow's mail.
> I will be submitting my Motion for Adversary Proceeding and 2004 Examination shortly.
> I am working on it now.
>
> Additionally, To: Angela Jansen, Attorney
> If you file one more instrument in this case without the express authorization from Deborah Drace. We are going to have issues.
> I will execute a Motion for the Substitution of Legal Counsel in the federal matter and will assist Deborah to execute a civil action for legal malpractice against you.
> You know Deborah has asked for your withdraw as counsel in this case.
> You have flagrantly abused your authority as counsel for RJA in the matter by your lack of keeping us up to date and by your misrepresentations that are being made on behalf of the debtor. That is causing further harm to this case and to the debtor.
> You keep up your disrespect and we are going to dance in a court of law...
> If you think I am playing here...Test me!
> Your one sided approach at handling this case is unacceptable and will no longer be tolerated....you have been warned and given Notice of what is coming if you keep up with your disrespectful actions toward me and my wife.
> You will have more issues to deal with.
> I will be watching the pacer docket very closely.
>
> If you have any questions or concerns. Please feel free to contact me.
> Jeffrey M. Mize, Plaintiff/Movant, Pro Se


Entry of Formal Written Objection 1-4-2021.pdf
3.1MB